

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-26-00319-CV

---

## IN THE INTEREST OF H.B.W., K.C.W., AND J.C.W., CHILDREN

---

On Appeal from the County Court at Law No. 1
Randall County, Texas
Trial Court No. 81935-L1, Honorable Jack M. Graham, Associate Judge Presiding

---

July 13, 2026

## MEMORANDUM OPINION

### Before PARKER, C.J., and YARBROUGH and PRATT, JJ.

Appellant, S.W., appeals from the trial court's order terminating his parental rights to his children, H.B.W., K.C.W., and J.C.W.[1] Now pending before this Court is Appellant's unopposed motion seeking voluntary dismissal of his appeal. The Court finds the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant

---

[1] To protect the privacy of the parties, we refer to them by their initials. *See* Tex. Fam. Code § 109.002(d); Tex. R. App. P. 9.8(a), (b).

the motion.  The appeal is dismissed.  No motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam